NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-839


ELLA MAE LEDAY

VERSUS

VILLE PLATTE HOUSING AUTHORITY, ET AL.


**********

APPEAL FROM THE
THIRTEENTH JUDICIAL DISTRICT COURT,
PARISH OF EVANGELINE, NO. 63773-B,
HONORABLE THOMAS F. FUSELIER, DISTRICT JUDGE

**********

JIMMIE C. PETERS
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Oswald A. Decuir, and Jimmie C. Peters, Judges.

**AFFIRMED IN PART, REVERSED IN PART, AND REMANDED.**

Barry L. Domingue
J. Clemille Simon
Simon Law Offices
P. O. Box 52242
Lafayette, LA 70505
(337) 232-2000
COUNSEL FOR PLAINTIFF/APPELLANT:
    Ella Mae Leday

Nicholas Canaday, III
Attorney at Law
701 Main St.

**Baton Rouge, LA 70821**
**(225) 383-3796**
**COUNSEL FOR DEFENDANT/APPELLEE:**
**ABC Insurance Company**

**Kyle A. Ferachi**
**John P. Wolff, III**
**Keogh, Cox & Wilson, Ltd.**
**P. O. Box 1151**
**Baton Rouge, LA 70821**
**(225) 383-3796**
**COUNSEL FOR DEFENDANT/APPELLEE:**
**Ville Platte Housing Authority**